**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOE DANNY RODRIGUEZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>NEIL McDOWELL, Warden,<br><br>　　　　　Respondent. | Case No. ED CV 22-0697 FMO (LAL)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. The time for filing objections to the Report and Recommendation has passed, and no objections have been received. The Court hereby accepts the findings, conclusions, and recommendations of the Magistrate Judge.

　　IT IS THEREFORE ORDERED that the Report and Recommendation is accepted and Judgment be entered denying the Petition and dismissing this action with prejudice.

Dated this 29th day of March 2023.

　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　FERNANDO M. OLGUIN
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE