JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE DANNY RODRIGUEZ, </br></br>    Petitioner, </br></br>    v. </br></br> NEIL McDOWELL, Warden, </br></br>    Respondent. | Case No. EDCV 22-0697 FMO (LAL) </br></br> **JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge, IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is DISMISSED with prejudice.

Dated this 29th day of March 2023.

/s/
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE